UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REGINALD HANDY, | ) CASE NO. CV 03-04204 ABC (AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| GEORGE GIURBINO, Warden, | ) |
| Respondent. | ) |

**It is hereby adjudged** that petitioner's claims challenging the conditions of his confinement are dismissed without prejudice and the remainder of the petition for a writ of habeas corpus is denied.

Dated: July 8, 2013

_____
Audrey B. Collins
United States District Judge